```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
IN RE APPLICATION OF MOBITV              :    09 Civ. 7071
                                         :    (DLC)(MHD)
-----------------------------------------:
Related to                               :    ORDER
                                         :
UNITED STATES OF AMERICA,                :
                       Plaintiff         :
          v.                             :
                                         :
AMERICAN SOCIETY OF COMPOSERS, AUTHORS,  :
AND PUBLISHERS,                          :
                       Defendant.        :
                                         :
-----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/8/10

DENISE COTE, District Judge:

For the reasons given on the record at the April 7, 2010 pretrial conference, it is hereby

ORDERED that MobiTV's motion in limine to exclude the testimony and expert reports of Jennifer Vanderhart is denied.

IT IS FURTHER ORDERED that MobiTV's motion in limine to exclude the testimony and expert report of Cliff Petrovsky is granted in part and denied in part.

IT IS FURTHER ORDERED that ASCAP's motion in limine to strike portions of the declaration of Roger Noll is denied.

IT IS FURTHER ORDERED that ASCAP's motion in limine to strike portions of the declaration of Paul Vidich is granted in part and denied in part.

SO ORDERED:

Dated:   New York, New York
         April 8, 2010

_____
DENISE COTE
United States District Judge